UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RONALD CHIN,<br><br>　　　　　　　Plaintiff(s),<br>　　v.<br><br>COUNTRYWIDE HOME LOANS INC, et al.,<br><br>　　　　　　　Defendant(s).<br>_____/ | No. C 10-05324 MEJ<br><br>**ORDER CONTINUING CMC** |

This matter is currently scheduled for a case management conference on March 10, 2011. However, as no docket activity has occurred since Defendants removed the case, the Court CONTINUES the cmc to April 14, 2011 at 10:00 a.m. in Courtroom B. The parties are ORDERED to file a joint cmc statement by April 7, 2011.

**IT IS SO ORDERED.**

Dated: March 4, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge