UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RONALD CHIN,<br><br>            Plaintiff,<br>    v.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>            Defendants.<br>_____/ | No. C 10-05324 MEJ<br><br>**ORDER VACATING CMC** |

On November 23, 2010, Defendants removed the above-captioned case from Alameda County Superior Court, at which time the Clerk of Court scheduled the matter for a case management conference on March 10, 2011. However, as no docket activity had occurred since Defendants removed the case, the Court continued the cmc to April 14, 2011, and ordered the parties to file a joint c.m.c. statement by April 7, 2011. No further filings have been made. Accordingly, the Court VACATES the April 14, 2011 c.m.c. and ORDERS the parties to file a joint status report by April 28, 2011. Failure to comply with this order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: April 8, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge