UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RONALD CHIN, | No. C 10-05324 MEJ |
| Plaintiff, | **ORDER RE CASE STATUS** |
| v. | |
| COUNTRYWIDE HOME LOANS, INC., et al., | |
| Defendants. | |

The Court is in receipt of the parties' notice of settlement, filed April 11, 2011. As a hearing on final approval of the class settlement in the related case is currently set for May 16, 2011, the parties shall file a dismissal or updated status report by June 16, 2011.

**IT IS SO ORDERED.**

Dated: April 12, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge