UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHIN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 10-05324 MEJ<br><br>[Assigned to the Hon. Maria-Elena James]<br><br>**[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

The Parties' Joint Stipulation For Voluntary Dismissal was filed with this Court on June 16, 2011.  The Court, having considered the Joint Stipulation For Voluntary Dismissal, and good cause appearing, hereby **GRANTS** the Parties' Joint Stipulation**.**

**IT IS ORDERED THAT** the matter is dismissed with prejudice as to the class claims and with prejudice as to Plaintiff's individual claims.

Dated: June 17, 2011

The Honorable Maria-Elena James
Chief United States Magistrate Judge

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067